

Michael Kelly

Akerman LLP
The Victor Building
750 9th Street, N.W., Suite 750
Washington, DC  20001

T: 202 393 6222
F: 202 393 5959

February 22, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *United States v. Craig Zabala*, 20 CR 564 (JPO)

Dear Judge Oetken:

     I represent Defendant Craig Zabala in the above-referenced matter.  I am writing to request that the Court change the recommendation for Mr. Zabala's placement in a Bureau of Prisons facility from Lompoc to Otisville.  Mr. Zabala had initially requested the recommendation for the Lompoc facility because his closest family members live in the greater Los Angeles area.  However, after further discussions, Mr. Zabala believes that the health restrictions of those family members will likely prevent them from visiting him for the foreseeable future and that he would be more likely to receive visitors if he were assigned to Otisville, given his longstanding ties to New York.

     Mr. Zabala was sentenced on February 5, 2021, and he is due to report to the facility designated by the BOP on May 17, 2021.  BOP has not yet designated a facility for him.

     I consulted with Joshua Naftalis, who informed me that the government does not oppose this request.   Thank you for your consideration of this issue.

> Granted.
> The Court revises its recommendation regarding defendant's request to be housed at FCI Lompoc and **hereby recommends that defendant be housed at FCI Otisville**.
>   So ordered:
>   2/22/2021

Respectfully submitted,

/s/  Michael Kelly

Michael Kelly

_____
J. PAUL OETKEN
United States District Judge

akerman.com                1